1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste. 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile:  510-886-7218
4
   Attorney for Defendant
5

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                                OAKLAND DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 10-00395 PJH
12 CALIFORNIA,                      )
                                    )
13         Plaintiff,                )   **STIPULATION RE: CONTINUANCE**
                                    )   **OF INITIAL APPEARANCE**
14 vs.                              )
                                    )
15                                  )
   RASUL RASULI,                    )   Date:  June 3, 2010
16                                  )   Time:  ~~10:00 a.m.~~ 9:30 a.m.
           Defendant.                )   Hon. Donna Ryu
17

18       RASUL RASULI, through his undersigned counsel, and the United States, through its

19 counsel, Keslie Stewart, hereby agree as follows:

20       The parties jointly request that Mr. Rasuli's matter be continued from June 3, 2010, at
   9:30
21 ~~10:00~~ a.m. to June 4, 2010, at 10:00 a.m., or as soon thereafter as the Court's calendar permits.

22       Prior to indictment, it was understood by the parties that, upon indictment, Mr. Rasuli

23 would appear voluntarily. However, counsel for Mr. Rasuli has a conflicting appearance on June

24 >>

25 >>

26 >>

27

28

3, 2010 and neither party objects to rescheduling this initial appearance.

Dated: June 2, 2010

-S-

_____
JAMES PHILLIP VAUGHNS
Attorney for Defendant
RASUL RASULI

-S-

Dated: June 2, 2010

_____
KESLIE STEWART
Assistant U.S. Attorney

**IT IS SO ORDERED**

GRANTED
/s/ Donna M. Ryu

_____
Hon. DONNA RYU
United States Magistrate Judge

- 2 -