1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-10-00395 PJH
                                       )
14         v.                          )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME FROM JUNE 4, 2010 TO JUNE 30,
15  JAMES DELBERT MCCONVILLE,          )   2010 FROM SPEEDY TRIAL ACT
         a/k/a Delbert James McConville,)   CALCULATION (18 U.S.C. §§
16  LAURA MARGERY CATON,               )   3161(h)(7)(A) and (B))
         a/k/a Laura Margery Tate      )
17       a/k/a Laura Gussman           )
    ARAKS DAVOUDI,                     )
18       a/k/a Araks Galstanian        )
    DONNA DEMELLO,                     )
19       a/k/a Donna Demello Martin,   )
         a/k/a Donna Kay McDaniel,     )
20       a/k/a Donna Kay Demello,      )
    JASON ARTHUR PIETTE, and           )
21  RASUL RASULI,                      )

22         Defendant.
   _____
23
          Defendant Rasul Rasuli was arraigned on the indictment before the Court on June 4,
24
    2010.  At that time, the government represented that the discovery would be voluminous and
25
    counsel for the defendant indicated that he would need time both to review discovery materials
26
    related to the more than 80 loan files at issue in this indictment.  The Court set a next appearance
27
    date of June 30, 2010, for a status hearing.  The Court then ordered that time should be excluded
28

CR 10-00395 PJH
[Proposed] Order Excluding Time

1  from the Speedy Trial Act calculation from June 4, 2010 through June 30, 2010, for effective
2  preparation of defense counsel.  With the agreement of the parties, the Court enters this order
3  documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and
4  (B), from June 4, 2010 through June 30, 2010.

5     The parties agreed, and the Court found and held, as follows:

6     1.   The parties agreed to the exclusion of time under the Speedy Trial Act so that
7  defense counsel would have time to review the voluminous discovery, taking into account the
8  exercise of due diligence.

9     2.   Given these circumstances, the Court found that the ends of justice served by
10 excluding the period from June 4, 2010 to June 30, 2010 from Speedy Trial Act calculations
11 outweighs the interests of the public and the defendant in a speedy trial by allowing time for the
12 defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

13    3.   Accordingly, with the consent of counsel for defendant Rasul Rasuli, the Court
14 ordered that the period from June 4, 2010 to June 30, 2010, be excluded from Speedy Trial Act
15 calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

17     IT IS SO ORDERED.

19 DATED: 6/14/2010
                                              HON. DONNA M. RYU
20                                            United States Magistrate Judge

CR 10-00395 PJH
[~~Proposed~~] Order Excluding Time