```
JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California  94611
Telephone:    510-583-9622
Fax:          510-886-7218
Email:        vaughnslaw@aol.com
```

Counsel for Defendant
RASUL RASULI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00395 PJH |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER VACATING HEARING DATE |
| RASUL RASULI, ) | |
| Defendant. ) | |

The parties respectfully submit this Stipulation and Proposed Order to request vacating the status hearing scheduled for September 21, 2010 as to defendant RASUL RASULI given his scheduled change of plea hearing scheduled for September 23, 2010.

The parties hereby stipulate to the following:

1. Given defendant RASUL RASULI's change of plea haring is scheduled for September 23, 2010, an appearance for status on September 21, 2010 will not be an effective use of the Court's time and resources. In light of the foregoing, the status hearing date of September 21,

CR 10-00395 PJH

1  2010 as to Mr. RASULI should be vacated. As to all other remaining defendants, said status
2  hearing will be maintained.

5  IT IS SO STIPULATED.

8  DATED: September 15, 2010                    /s/
9                                               _____
                                                 KESLIE STEWART
10                                               Assistant United States Attorney

12 DATED: September 15, 2010                    /s/
13                                               _____
                                                 JAMES PHILLIP VAUGHNS
14                                               Attorney for RASUL RASULI

16 IT IS HEREBY ORDERED:

18 That the status hearing for RASUL RASULI currently scheduled for September 21, 2010 is
19 hereby vacated. Defendant RASULI's next scheduled appearance shall be September 23, 2010, at
   9:30 a.m.
20 10:00 a.m. for change of plea.

23 DATED: September __21__, 2010

                                                 _____
                                                 HON. LAUREL BEELER
                                                 United States Magistrate Judge

CR 10-00395 PJH                                  2